United States District Court
Western District of Kentucky
Louisville Division

Alison Cox Pregliasco, et al                                  Plaintiff

v.                                                    3:08CV-349-H

Crocs, Inc.                                                  Defendant

The PDF document electronically filed as DN 1 has been removed from CM and filed under seal per DN 6.